<div style="border:1px solid black; padding:10px;">
The Motion to adjourn the status conference scheduled for June 18, 2020 before the undersigned is GRANTED.

By **July 30, 2020** the parties are directed to submit their stipulation of dismissal.

The Clerk of Court is respectfully directed to terminate the conference and to close the Letter-Motion at ECF No. 27.

SO ORDERED            6/17/2020

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge
</div>

<div style="text-align:center;">
MARIA-COSTANZA BARDUCCI
# BARDUCCI LAW FIRM
5 WEST 19TH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10011
(212) 433-2554
</div>

**June 17, 2020**

**Via CM/ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

    RE:   *Michael Adams, vs. Les Pizza LLC and 339-347 East 12th Street Investor, LLC*
            *Case No.: 1:19-cv-09546-PAE-SLC*
            *Letter-Motion to Adjourn Conference*

Dear Judge Cave,

    I represent Plaintiff in the above-referenced matter.

    The June 18, 2020 Status Conference was scheduled by DE#22.

    The Parties have reached a settlement in principle and are in the process of drafting and finalizing the necessary settlement documents.

    Plaintiff requests that the Status Conference be cancelled and that the parties be given until August 31, 2020 to file their stipulation of dismissal in order to accommodate the terms of their pending agreement.

    The Defendants consent to this request.

    This is the first request to adjourn the initial conference.

    This adjournment will not affect any other deadlines or hearings in this matter.

    Thank you for your consideration.

                                        Respectfully submitted,

                                        <u>s/ Maria-Costanza Barducci</u>
                                        Maria-Costanza Barducci, Esq. (5070487)
                                            *Attorney for Plaintiff*
                                        BARDUCCI LAW FIRM, PLLC

Via CM/ECF Only