Maria-Costanza Barducci
# BARDUCCI LAW FIRM
5 West 19th Street, 10th Floor
New York, New York 10011
(212) 433-2554

---

**July 29, 2020**

**Via CM/ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

      RE:    *Michael Adams, vs. Les Pizza LLC and 339-347 East 12th Street Investor, LLC*
              Case No.: 1:19-cv-09546-PAE-SLC
              *Joint Letter-Motion for Extension to File Stipulation of Dismissal*

Dear Judge Cave,

      I represent Plaintiff in the above-referenced matter.

      Per the Court's Order [DE#28], the parties are required to file their stipulation of dismissal by tomorrow, July 30, 2020.

      The parties have memorialized their settlement agreement and are in the process of getting defendant's signature. There has been a slight delay as a result of emergency executive orders in effect due to COVID-19.

      The parties request an extension of 20 days to file their stipulation of dismissal. The defendant requested and consents to this request.

      This is the first request for an extension to file the stipulation of dismissal and it will not affect any other deadlines or events in this case.

      Thank you for your consideration.

                                            Respectfully submitted,

> The request for a 20-day extension of time until **August 19, 2020** to file the joint stipulation of dismissal is GRANTED.
>
> The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 29.
>
> SO ORDERED    7/30/2020
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

s/ Maria-Costanza Barducci
Maria-Costanza Barducci, Esq. (5070487)
   *Attorney for Plaintiff*
BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, New York 10011
Phone: (212) 433-2554
MC@BarducciLaw.com