> The requested extension to file the stipulation of dismissal is GRANTED. The stipulation or a further status report shall be filed by **September 3, 2020.**
>
> The Clerk of Court is respectfully directed to close the Motion at ECF No. 31.
>
> SO ORDERED     8/20/2020
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

<div style="text-align:center">

MARIA-COSTANZA BARDUCCI
# BARDUCCI LAW FIRM
5 WEST 19TH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10011
(212) 433-2554

**August 19, 2020**

</div>

**Via CM/ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

> RE:   *Michael Adams, vs. Les Pizza LLC and 339-347 East 12th Street Investor, LLC*
>         *Case No.: 1:19-cv-09546-PAE-SLC*
>         *Letter-Motion for Extension of Time to File Stipulation*

Dear Judge Cave,

I represent Plaintiff in the above-referenced matter.

The parties deadline to file the stipulation of dismissal is August 19, 2020, pursuant to the Court's Order [DE#30].

The parties need additional time to file the stipulation of dismissal due to an unforeseen and unintended delay in performance of the terms of the parties settlement agreement.

The Defendants consent to this request.

This is the second request for an extension to file the stipulation of dismissal.

This extension will not affect any other deadlines or hearings in this matter.

Thank you for your consideration.

<div style="margin-left:50%">

Respectfully submitted,

s/ Maria-Costanza Barducci
Maria-Costanza Barducci, Esq. (5070487)
   *Attorney for Plaintiff*
BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, New York 10011
Phone: (212) 433-2554
MC@BarducciLaw.com

</div>

Via CM/ECF Only