UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ADAMS,

                Plaintiff,

against

LES PIZZA LLC, 339-347 EAST 12th STREET INVESTOR, LLC,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 9546 (PAE) (SLC)

**ORDER FOR STATUS REPORT**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's order at ECF No. 32, the Court granted the parties an extension of time until September 3, 2020 to file either a joint stipulation of dismissal or a further status report on the progress of finalizing the settlement agreement.

To date, neither the stipulation nor status report has been filed. The parties are now ORDERED to file a stipulation of dismissal or a status report by **September 15, 2020**.

Dated:      New York, New York
              September 8, 2020

SO ORDERED

_/s/ Sarah L. Cave_
SARAH L. CAVE
**United States Magistrate Judge**