> The requested extension of time, until **November 16, 2020** to file the stipulation of settlement is GRANTED. If the stipulation is not filed by that date, the parties shall provide the Court with a further status report.
>
> The Clerk of Court is respectfully directed to close the Motion at ECF No. 34.
>
> SO ORDERED          9/17/2020
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

MARIA-COSTANZA BARDUCCI
# BARDUCCI LAW FIRM
5 WEST 19TH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10011
(212) 433-2554

**September 16, 2020**

**Via CM/ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

RE:  *Michael Adams, vs. Les Pizza LLC and 339-347 East 12th Street Investor, LLC*
   *Case No.: 1:19-cv-09546-PAE-SLC*
   *Second Letter-Motion for Extension of Time to File Stipulation*

Dear Judge Cave,

I represent Plaintiff in the above-referenced matter.

The parties' deadline to file the stipulation of dismissal is September 15, 2020, pursuant to the Court's Order [DE#33].

Pursuant to the parties' settlement agreement, the parties need an additional sixty (60) days to file the stipulation of settlement.

The Defendants consent to this request.

This is the second request for an extension to file the stipulation of dismissal.

This extension will not affect any other deadlines or hearings in this matter.

Thank you for your consideration.

                              Respectfully submitted,

                              s/ Maria-Costanza Barducci
                              Maria-Costanza Barducci, Esq. (5070487)
                                  *Attorney for Plaintiff*
                              BARDUCCI LAW FIRM, PLLC
                              5 West 19th Street, 10th Floor
                              New York, New York 10011
                              Phone: (212) 433-2554
                              MC@BarducciLaw.com

Via CM/ECF Only