MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
5 WEST 19TH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10011
(212) 433-2554

**November 16, 2020**

> The requested extension of time until **December 16, 2020** to file the stipulation of dismissal is GRANTED. If by that date the parties have not filed the stipulation, the Court will hold a status conference to discuss next steps.
>
> The Clerk of Court is directed to close ECF No. 36.
>
> SO ORDERED      11/17/2020
>
> *SARAH L. CAVE*
> *United States Magistrate Judge*

**Via CM/ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

RE:   *Michael Adams, vs. Les Pizza LLC and 339-347 East 12th Street Investor, LLC*
      *Case No.: 1:19-cv-09546-PAE-SLC*
      *Third Letter-Motion for Extension of Time to File Stipulation*

Dear Judge Cave,

I represent Plaintiff in the above-referenced matter.

The parties' deadline to file the stipulation of dismissal is November 16, 2020, pursuant to the Court's Order [DE#35].

Pursuant to the parties' settlement agreement, the parties need an additional thirty (30) days to file the stipulation of settlement.

The Defendants consent to this request.

This is the third request for an extension to file the stipulation of dismissal.

This extension will not affect any other deadlines or hearings in this matter.

Thank you for your consideration.

    Respectfully submitted,

    s/ Maria-Costanza Barducci
    Maria-Costanza Barducci, Esq. (5070487)
      *Attorney for Plaintiff*
    BARDUCCI LAW FIRM, PLLC
    5 West 19th Street, 10th Floor
    New York, New York 10011
    Phone: (212) 433-2554
    MC@BarducciLaw.com

Via CM/ECF Only